OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming

Stephan Harris
Clerk of Court



Maggie Botkins
Chief Deputy Clerk

July 25, 2014

Elisabeth A. Shumaker, Clerk of Court
United States Court of Appeals
  for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO 80257

      Re:    TRANSCRIPT ORDERS
             USDC # 2:13-cv-00139-SWS
             USCA # 14-8047
             *Kelly Osborne vs Baxter Healthcare Corporation*

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

**no transcripts have been ordered for this appeal.**

For purposes of appeal, the record is now ready.

                                STEPHAN HARRIS
                                Clerk of Court

                       By:    /s/ Julie Collins
                                Deputy Clerk

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001      111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152      (307) 232-2620 ◆ Fax: (307) 232-2630

*www.wyd.uscourts.gov*